SIMON, Justice
(dissenting).
I am of the opinion that the liabilities, and debts incurred by the parties herein subsequent to the rendition of the judgment of separation from bed and board were not community debts payable as such directly from the proceeds of the community property, but were debts incurred individually by the respective parties under authority, orders and sanction of the trial court during the process of the judicial liquidation of the community assets.
It is to be observed that all negotiations leading to the sale, disposition or settlement of claims against the community assets were accomplished under judicial sanction as evidenced by the numerous judicial decrees following and subsequent to the judgment of separation from bed and board, thus effecting a judicial liquidation of the community assets.
I am also of the opinion that the parties herein at no time became members of a partnership, and no partnership was formed by them. The action on the part of the husband enjoining his wife from interfering with his operation of the business or from entering upon the business premises is inconsistent with the relationship of business partners operating the business as a going concern for their mutual benefit and profit.
I respectfully dissent.